No. 1343, Misc. DE LAGO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 30. IDAHO SHEET METAL WORKS, INC. *v.* WIRTZ, SECRETARY OF LABOR, *ante,* p. 190;

No. 31. WIRTZ, SECRETARY OF LABOR *v.* STEEPLETON GENERAL TIRE CO., INC., ET AL., *ante,* p. 190;

No. 255, Misc. WILLIAMS *v.* TENNESSEE, 382 U. S. 961;

No. 924, Misc. MACHADO *v.* WILKINS, WARDEN, *ante,* p. 916;

No. 1019, Misc. RHODES *v.* JONES, *ante,* p. 919;

No. 1042, Misc. STILTNER *v.* WASHINGTON, *ante,* p. 919;

No. 1054, Misc. DARRAH *v.* ILLINOIS, *ante,* p. 919; and

No. 1083, Misc. STEVENS *v.* OHIO, *ante,* p. 939. Petitions for rehearing denied.

No. 843. GINSBURG *v.* GINSBURG ET AL., *ante,* p. 907. Petition for rehearing and motion to remand denied.

No. 1132, Misc. IN RE DISBARMENT OF SANTANA, *ante,* p. 939. Petition for rehearing and for other relief denied.

APRIL 1, 1966.

No. ——. THOMSON ET AL. *v.* CALIFORNIA. Berkeley-Albany Municipal Court, County of Alameda. Application for a stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. Applicants *pro se. Thomas C. Lynch,* Attorney General of California, and *J. F. Coakley* in opposition.